IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

|  |  |
|---|---|
| IN RE ARTISAN AND TRUCKERS CASUALTY COMPANY POLICY NO. 962014331-000, | CV 23-147-M-DWM <br><br> ORDER |

IT IS ORDERED that the Clerk is directed to disburse interest on the

funds proportionally. (*See* Docs. 51, 52.)

DATED this _____ day of August, 2024.

_____
Donald W. Molloy, District Judge
United States District Court

1